IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Thomas, George R

Printed: 10/29/08

Case Number: 05 B 27162
Judge: Hollis, Pamela S
Filed: 7/8/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: September 15, 2008
Confirmed: September 12, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 21,388.00 |  |
| Secured: |  | 17,869.19 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,380.00 |
| Trustee Fee: |  | 1,138.81 |
| Other Funds: |  | 0.00 |
| Totals: | 21,388.00 | 21,388.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Legal Remedies | Administrative | 2,380.00 | 2,380.00 |
| 2. | Triad Financial Services | Secured | 7,260.00 | 7,260.00 |
| 3. | Resurgent Capital Services | Secured | 22,560.73 | 10,609.19 |
| 4. | Asset Acceptance | Unsecured | 30.63 | 0.00 |
| 5. | American General Finance | Unsecured | 332.46 | 0.00 |
| 6. | Triad Financial Services | Unsecured | 274.30 | 0.00 |
| 7. | Asset Acceptance | Unsecured | 23.46 | 0.00 |
| 8. | Resurgent Capital Services | Unsecured | 605.13 | 0.00 |
| 9. | Collectech Systems | Unsecured |  | No Claim Filed |
| 10. | United Credit Natl Bank | Unsecured |  | No Claim Filed |
| 11. | Mutual Hospital Services/Alverno | Unsecured |  | No Claim Filed |
|  |  |  | $ 33,466.71 | $ 20,249.19 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.5% | 397.65 |
| 5% | 65.79 |
| 4.8% | 221.09 |
| 5.4% | 398.05 |
| 6.5% | 56.23 |
|  | $ 1,138.81 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Thomas, George R | Case Number:  05 B 27162 |
| | Judge:  Hollis, Pamela S |
| Printed: 10/29/08 | Filed:  7/8/05 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                          Marilyn O. Marshall, Trustee, by:

